UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CENTRAL FLYWAY AIR, INC., a Canadian corporation, JON BOYCHUK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GREY GHOST INTERNATIONAL, LLC.,<br><br>Defendant,<br><br>―――――――――――――――――<br><br>GREY GHOST INTERNATIONAL, LLC, and GREY GHOST GEAR OF CANADA, LTD.<br><br>Counter-Plaintiffs,<br><br>v.<br><br>JON BOYCHUK; CENTRAL FLYWAY AIR, INC; and MILBURN MOUNTAIN DEFENSE, LTD.<br><br>Counter-Defendants | NO. 3:20-cv-5506 BJR<br><br>ORDER GRANTING COUNTER-PLAINTIFFS' MOTION FOR ORDER REFERRING CASE TO MEDIATION AND SETTING TRIAL DATE |

THIS MATTER comes before the Court on Defendant/Counter-Plaintiffs Grey Ghost International, LLC's Motion For Order Referring Case To Mediation and Setting Trial Date, to



which Plaintiffs/Counter-Defendants Jon Boychuk and Central Flyway Air, Inc. and Milburn Mountain Defense, Ltd. have not filed any opposition. The Court having reviewed the pleadings submitted, and having deemed itself fully advised; now, therefore, it is hereby

ORDERED that Defendant/Counter-Plaintiffs Grey Ghost International, LLC's Motion For Order Referring Case To Mediation and Setting Trial Date is hereby **GRANTED**. The parties shall participate in mediation, to be scheduled to take place **within 90 days of the date of this order.**

In addition, the Court sets the following trial and pretrial dates: Jury Trial is set for 9/25/2023; Motions in Limine due by 9/1/2023, Joint Pretrial Statement due by 8/28/2023, and Pretrial Conference set for 9/11/2023.

DATED this 25th day of May, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

COCHRAN DOUGLAS, PLLC

/s/ Loren A. Cochran
Loren A. Cochran, WSBA No. 32773
loren@cochrandouglas.com
4826 Tacoma Mall Blvd., Suite C
Tacoma, WA 98409
T: (253) 472-7777
Attorneys for Defendants/Counter-Plaintiffs



2501 Fawcett Avenue
Tacoma, WA 98402
www.cochrandouglas.com