UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTRAL FLYWAY AIR, INC., a Canadian corporation, JON BOYCHUK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> GREY GHOST INTERNATIONAL, LLC., <br><br> Defendant, <br> _____ <br><br> GREY GHOST INTERNATIONAL, LLC, and GREY GHOST GEAR OF CANADA, LTD. <br> Counter-Plaintiffs, <br><br> v. <br><br> JON BOYCHUK; CENTRAL FLYWAY AIR, INC; and MILBURN MOUNTAIN DEFENSE, LTD. <br><br> Counter-Defendants | Case No. 3:20-cv-5506 <br><br> **ORDER ENTERING DEFAULT AGAINST COUNTER-DEFENDANTS** |

THIS MATTER comes before the Court following the Court's Order Granting Counter-Plaintiffs' Motion for Sanctions (Dkt. 118). The Court having previously issued an Order to Show Cause to the Counter-Defendants as to why sanctions should not be entered, and having found that that Counter-Defendants failed to show cause why a default should not be entered against them, IT IS HEREBY ORDERED that:

Default is hereby entered against Counter-Defendants, Central Flyway Air, Inc., Jon Boychuk, and Milburn Mountain Defense, Ltd. Entry of a Final Judgment is to follow.

Dated: September 19, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge